UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

LAWRENCE MILLER AND
WYLONDA MILLER

CIVIL ACTION

VERSUS

NO. 12-199-JJB-SCR

JOHN D. ESPARZA, ET AL

## RULING

The court has carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Stephen C. Riedlinger dated May 30, 2012 (doc. no. 8) to which no objection has been filed.

The court hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein. Accordingly, the plaintiffs' Motion for Remand is DENIED.

Baton Rouge, Louisiana, July 3, 2012.

_____
JAMES J. BRADY, JUDGE
MIDDLE DISTRICT OF LOUISIANA